UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBIN NELIS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) CASE NO.:  1:22-CV-510 |
|   v. | ) |
| | ) |
| SAM'S EAST, INC. d/b/a SAM'S CLUB | ) |
| No. 6325, and WAL-MART, INC., | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing parties Sam's East, Inc. d/b/a Sam's Club No. 6325, and Wal-Mart, Inc., by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing parties Sam's East, Inc. d/b/a Sam's Club No. 6325, and Wal-Mart, Inc. appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

## VENUE

1. Removal to the Southern District of Indiana, Indianapolis Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Indianapolis Division, embraces the County of Johnson, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On February 25, 2022, removing party Sam's East, Inc. d/b/a Sam's Club No. 6325 was served by certified mail with a Summons and Complaint in the above-entitled action at the offices of its registered agent for service of process in Indiana, CT Corporation System.

## STATE COURT PROCEEDINGS

3. On February 22, 2022, Plaintiff Robin Nelis (hereinafter "Plaintiff") filed her Complaint in the above-entitled action against Defendants in the Johnson County Superior Court 1 in the State of Indiana, Cause No. 41D01-2202-CT-000022, and is now pending therein.

4. On or about March 15, 2022, Defendants filed an Attorney Appearance in the Johnson County Superior Court 1 in the above-entitled action.

5. No further proceedings have been had in the Johnson County Superior Court 1.

6. Pursuant to S.D. Ind. L.R. 81-2(d), Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

7. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

8. Plaintiff is a citizen of the State of Indiana.

9. The citizenship of unincorporated associations such as Defendants is "the citizenship of all the limited partners, as well as of the general partner." *Hart v. Terminex Int'l*, 336 F.3d 541, 542 (7th Cir. 2003); *see also Hicklin Engineering, L.C. v. R.J. Bartell*, 439 F.3d 346-347-48 (7th Cir. 2006) (the citizenship of a limited liability company is that of its members). "[T]he citizenship of unincorporated associations must be traced through however many layers of

partners or members there may be. *Hart*, 336 F.3d at 543. The " layers" of Defendant's partners and members in this matter can be traced as follows:

    a. Defendant Sam's East, Inc. is wholly owned subsidiary of Wal-Mart, Inc.

    b. Wal-Mart, Inc. is a corporation organized under the laws of Delaware.

    c. The principal place of business of all entities referenced above is the State of Arkansas.

10. Because Defendants are neither incorporated in Indiana nor have their principal place of business in Indiana, they are not citizens of the State of Indiana for purposes of diversity jurisdiction.

11. There is complete diversity of citizenship between the parties named in this case.

12. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

    a. Plaintiff's counsel indicated damages will more than likely exceed $75,000 based on previous and ongoing medical treatment.

13. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

14. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Indianapolis

Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

### STATUTORY REQUIREMENTS

15. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Complaint for Damages; Appearance of Kyle L. Christie for Plaintiff; Summons to Sam's East, Inc. d/b/a Sam's Club No. 6325; Summons to Walmart, Inc.; Certificate of Issuance of Summons; Certificate of Service; and Appearance of Lesley A. Pfleging and Lynsey F. David on behalf of Defendants.

16. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

17. A copy of this Notice of Removal has been filed in the Johnson County Superior Court 1, and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing parties, Sam's East, Inc. d/b/a Sam's Club No. 6325, and Wal-Mart, Inc., by counsel, respectfully request that the above-entitled action be removed from the Johnson County Superior Court 1 to the United States District Court for the Southern District of Indiana, Indianapolis Division.

LEWIS WAGNER, LLP

By:  *s/ Lynsey F. David*
LESLEY A. PFLEGING, # 26857-49A
LYNSEY F. DAVID, #32594-49
**Counsel for Defendants**

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 16, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

  Kyle L. Christie
  CHRISTIE FARRELL LEE & BELL, P.C.
  951 North Delaware Street
  Indianapolis, IN  46202
  kyle@cflblaw.com

               By: *s/ Lynsey F. David*
                  LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone: 317-237-0500
Facsimile: 317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com